Michael C. Robinson, Jr. (SBN 120308)
mrobinson@rdwlaw.com
Orion S. Robinson (SBN 293796)
orobinson@rdwlaw.com
ROBINSON DI LANDO
A Professional Law Corporation
801 South Grand Avenue, Suite 500
Los Angeles, California 90017
Telephone:  (213) 229-0100
Facsimile:   (213) 229-0114

Attorneys for Defendant
LOYAL SOURCE GOVERNMENT SERVICES, LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LESLIE WESTFIELD BAXTER, an individual on behalf of herself and all others similarly situated,<br><br>        Plaintiff,<br><br>v.<br><br>LOYAL SOURCE GOVERNMENT SERVICES, LLC, a Florida limited liability company; and DOES 1 to 50,<br><br>        Defendants. | Case No.: 5:25-cv-00298 KK-SPx<br><br>[San Bernardino Superior Court Case No. CIVRS2402121]<br><br>**PROTECTIVE ORDER**<br><br>Action Filed: November 14, 2024<br>Trial Date:    February 23, 2026 |

1  For good cause shown, the Stipulation and Proposed Protective Order filed on
2  August 1, 2025 (docket no. 31) is hereby accepted by the court and so ordered.

3

4

5  DATED: August 11, 2025     _____
6                              HON. SHERI PYM
                                United States Magistrate Judge

# EXHIBIT A

## ACKNOWLEDGMENT AND AGREEMENT TO BE BOUND

I, _____, [print or type full name] of _____, [print or type full address]declare under penalty of perjury that I have read in its entirety and understand the Stipulated Protective Order that was issued by the United States District Court for the Central District of California on _____ [date] in the case of Leslie Westfield Baxter v. Loyal Source Government Services, LLC, Case No.: 5:25-cv-00298-KK-SP, I agree to comply with and to be bound by all the terms of this Stipulated Protective Order and I understand and acknowledge that failure to so comply could expose me to sanctions and punishment in the nature of contempt. I solemnly promise that I will not disclose in any manner any information or item that is subject to this Stipulated Protective Order to any person or entity except in strict compliance with the provisions of this Order.

I further agree to submit to the jurisdiction of the United States District Court for the Central District of California for the purpose of enforcing the terms of this Stipulated Protective Order, even if such enforcement proceedings occur after termination of this action. I hereby appoint _____ [print or type full name] of _____ [print or type full address and telephone number] as my California agent for service of process in connection with this action or any proceedings related to enforcement of this Stipulated Protective Order.

Date: _____

City and State where sworn and signed: _____

Printed Name: _____