**MELMED LAW GROUP P.C.**
Jonathan Melmed (SBN 290218)
jm@melmedlaw.com
Laura Supanich (SBN 314805)
lms@melmedlaw.com
Christian Valenzuela Cabral (SBN 365085)
cvc@melmedlaw.com
1801 Century Park East, Suite 850
Los Angeles, California 90067
Phone: (310) 824-3828
Fax: (310) 862-6851

Attorneys for Plaintiff LESLIE WESTFIELD BAXTER

[*Additional Counsel Listed in the Following Page*]

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LESLIE WESTFIELD BAXTER, an individual, on behalf of herself and the State of California, as a private attorney general, | Case Number: 5:25-cv-00298 KK(SPx) |
| Plaintiff, | **ORDER GRANTING THE PARTIES' JOINT STIPULATION TO DISMISS PLAINTIFF'S ENTIRE ACTION WITHOUT PREJUDICE** |
| v. | |
| LOYAL SOURCE GOVERNMENT SERVICES, LLC,, Florida limited liability company; and DOES 1 TO 50, | |
| Defendants. | |

1

ORDER GRANTING THE PARTIES' JOINT STIPULATION TO DISMISS
PLAINTIFF'S ENTIRE ACTION WITHOUT PREJUDICE

## <u>ORDER</u>

Pursuant to the stipulation of the parties and good cause appearing, the Court orders as follows:

1.      Plaintiff's entire action is dismissed WITHOUT PREJUDICE.

**IT IS SO ORDERED.**

Dated: July 7, 2026 _____        _____

Judge of the United States District Court,
Central District of California

2

ORDER GRANTING THE PARTIES' JOINT STIPULATION TO DISMISS
PLAINTIFF'S ENTIRE ACTION WITHOUT PREJUDICE